UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD EDWARD MARSHALL, II,

       Plaintiff,                          Case No: 1:13-cv-483

v.                                          HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security
Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued
a Report and Recommendation (Dkt 19) on January 8, 2015, recommending that this Court affirm
the Commissioner's decision.  The Report and Recommendation was duly served on the parties.  No
objections have been filed.  See 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 19)
is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner
of Social Security is AFFIRMED.

A Judgment will be entered consistent with this Order.

Dated:   January 29, 2015                            /s/ Janet T. Neff
                                              JANET T. NEFF
                                              United States District Judge